1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
    JOSEPH F. COYNE, JR., Cal. Bar No. 93707
3   jcoyne@sheppardmullin.com
    BRIAN R. BLACKMAN, Cal. Bar No. 196996
4   bblackman@sheppardmullin.com
    Four Embarcadero Center, 17th Floor
5   San Francisco, California  94111-4109
    Telephone:    415-434-9100
6   Facsimile:    415-434-3947

7   Attorneys for Defendant LENOVO (UNITED
    STATES) INC.

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11  FARHANA HUQ; JOSETTE MOLLOY;          Case No.   C08-02614
    CREATING ECONOMIC OPPORTUNITIES
12  FOR WOMEN, INC.,                      **JOINT NOTICE OF REMOVAL OF
                                          ACTION UNDER 28 U.S.C. §§ 1441, 1446
13                 Plaintiffs,            and 1332 (DIVERSITY)**

14         v.

15  SANYO NORTH AMERICA                   **DEMAND FOR JURY TRIAL**
    CORPORATION; LENOVO (UNITED
16  STATES) INC.; INTERNATIONAL
    BUSINESS MACHINES CORPORATION,
17
                   Defendants.
18

19

20

21

22

23

24

25

26

27

28

W02-WEST:5BB\400841790.3                              NOTICE OF REMOVAL

1       TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN

2   DISTRICT OF CALIFORNIA:

3       PLEASE TAKE NOTICE that defendants Lenovo (United States) Inc. ("Lenovo"), and

4   International Business Machines Corporation ("IBM") (collectively, "Removing Defendants")

5   jointly remove to this Court the state court action described below:

6       On April 21, 2008, an action was commenced in the Superior Court of the State of

7   California, County of Alameda, entitled *Farhana Huq, Josette Molloy, Creating Economic*

8   *Opportunities for Women, Inc. v. Sanyo North America Corporation, Lenovo (United States) Inc.,*

9   *International Business Machines Corporation, and Does 1 to 50*, Case No. RG08 383051.

10       Defendants Sanyo North America Corporation ("Sanyo North America"), Lenovo and IBM

11   were each served with a copy of the Complaint and a Summons from the state court on or about

12   April 24, 2008. Plaintiff filed Amendments to the Complaint on April 30, 2008 and May 2, 2008,

13   identifying DOES 1-4. According to the state court file, none of these defendants have been

14   served with process in this case. In addition, defendant Sanyo North America was dismissed from

15   the state court action on May 21, 2008. A true copy of the dismissal is attached at the end of

16   **Exhibit C**. The consent or joinder of these remaining named defendants, therefore, is not

17   required.

18       This Notice is timely as it was filed within 30 days of service on the first defendant served.

19   A copy of the Complaint served on the Removing Defendants is attached as **Exhibit A**. Copies of

20   the Summons served on the Removing Defendants are attached as **Exhibit B**. Other than the

21   Summons and Complaint, no process, pleading or order has been served by or on the Removing

22   Defendants in the state court action.

23                 **INTRADISTRICT ASSIGNMENT**

24       Assignment to either the San Francisco or Oakland Division of this Court is proper as the

25   state court action is pending in Alameda County Superior Court. Civil L.R. 3-2(d).

26                     **JURISDICTION**

27       This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) & (b) because it

28   is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a) in that the

1  matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and plaintiffs,

2  on the one hand, and Lenovo, IBM and DOES 1, 2 and 4, on the other hand, are citizens of

3  different states.  Sanyo North America and defendant DOE 3 have an office in California.  Those

4  defendants, however, are sham or nominal defendants since they did not design, manufacture,

5  distribute, or sell the products at issue in this litigation.  Their citizenship, therefore, should be

6  disregarded for purposes of removal.  Indeed, Sanyo North America has been dismissed.

7  **A.     Complete Diversity Among Remaining Named Parties**

8           **1.     Named Parties**

9           The Removing Defendants are informed and believe that Farhana Huq and Josette Molloy

10  are citizens of California.  The Removing Defendants are informed and believe that Farhana Huq

11  resides in Oakland, California and Josette Molloy resides in Marin County, California.  The

12  Removing Defendants are informed and believe that plaintiff Creating Economic Opportunities for

13  Women, Inc. ("CEO Women") is a California corporation with its principal place of business in

14  Oakland, California.

15           Defendant Lenovo is now, and was at the time of the filing of this Complaint, a Delaware

16  corporation with its principal place of business in North Carolina.

17           Defendant IBM is now, and was at the time of the filing of this Complaint, a New York

18  corporation with its principal place of business in New York.

19           Defendant Sanyo North America has been dismissed.

20           **2.     Doe Defendants**

21           On April 30, 2008, plaintiffs filed an Amendment to Complaint identifying DOE 1 as

22  Chiwai Cheng.  Defendant Cheng sold the subject battery to plaintiffs through eBay.  Based on

23  sales records produced by plaintiff, Removing Defendants are informed and believe that defendant

24  Cheng resides in New York and, therefore, is a citizen of New York.  (See Exhibit D attached.)

25           On May 2, 2008, plaintiff filed two Amendments to Complaint identifying DOES 2-4 as

26  Sanyo Electric Co., Ltd. ("Sanyo Electric"), Sanyo Electronic Device (U.S.A.) Corporation

27  ("Sanyo Electronic"), and Sanyo Energy (U.S.A.) Corporation ("Sanyo Energy"), respectively.

28  Attached as **Exhibit C** are the remaining pleadings, orders and proofs of service – including

1  plaintiff's Amendments to Complaint –on file with the Alameda Superior Court at the time of

2  filing this notice.

3      Sanyo Electric is a Japanese corporation and does not have any offices in the United States.

4      Sanyo Electronic is a Delaware corporation with an office in San Diego, California.  Sanyo

5  Electronic does not design, manufacture, distribute or sell any products at issue in this litigation.

6  (See, **Exhibit E** attached.)  Sanyo Electronic is a sham or nominal defendant, whose citizenship

7  may be disregarded, as there is no possibility that plaintiffs will be able to establish liability

8  against Sanyo Electronic on their stated claims.  Farias v. Bexar County Bd. of Trustees for

9  Mental Health (5th Cir. 1991) 925 F.2d 866, 871.

10      Sanyo Energy is a Delaware corporation with its principal place of business in Texas.

11      Despite the fact that plaintiffs also bring their Complaint against additional fictitiously

12  named defendants, DOES 5 – 50, complete diversity exists between the named parties.  See 28

13  U.S.C. § 1441(a) ("for purposes of removal under this chapter, the citizenship of defendants sued

14  under fictitious names shall be disregarded."); Newcombe v. Adolf Coors Co. (9th Cir. 1998) 157

15  F.3d 686, 690-91.

16  **B.      The Amount in Controversy Exceeds $75,000**

17      Plaintiffs' asserted claims for negligence, strict liability and breach of warranty are all

18  based upon injuries and damages allegedly sustained as a result of a venting incident involving a

19  battery in plaintiffs' laptop computer.  (Complaint at p. 4.)  Plaintiffs seek compensatory damages,

20  including lost wages, loss of use of property, hospital and medical expenses, property damage,

21  loss of earning capacity, and business losses.  (Complaint at ¶¶ 11 & 14.)  The individual

22  plaintiffs' claims for medical expenses, alone, include several doctor and hospital visits over

23  roughly a one-year period and includes two projected surgeries.  As part of pre-litigation

24  settlement negotiations, plaintiffs made an initial demand totaling $1.2 million, but later lowered

25  their demand to an aggregate $376,000.  (See, **Exhibit F** attached.)  Based on the allegations of

26  the complaint and their settlement demands, it is apparent that plaintiffs' claims exceed the

27  jurisdictional requirement of $75,000.  Luckett v. Delta Airlines (5th Cir. 1999) 171 F.3d 295,

28

-4-

1  298; <u>Sanchez v. Faultless Starch/Bon Ami Co.</u> (N.D. Cal. Aug. 21, 2001) 2001 U.S. Dist. LEXIS

2  12814.

3      This removal is timely having been made within 30 days of service of the Complaint on

4  the named defendants and within one year of the date the action was filed originally. (28 U.S.C.

5  § 1446(b).)

6      The Removing Defendants reserve the right to amend or supplement this Notice of

7  Removal.

8      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the

9  Clerk of the Superior Court of the State of California, County of Alameda.

10     Pursuant to 28 U.S.C. § 1446(d), Removing Defendants are providing written notice to

11  plaintiffs of the removal of this action.

12  Dated: May 23, 2008

13              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

14

15              By

16                  JOSEPH F. COYNE
                    BRIAN R. BLACKMAN
17                  Attorneys for Defendant
                    LENOVO (UNITED STATES) INC.

18  Dated: May 22, 2008

19              ARCHER NORRIS LLP

20

21              By

22                  SHARON COLLIER
                    Attorneys for Defendant
23                  INTERNATIONAL BUSINESS
                    MACHINES CORPORATION

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JURY TRIAL DEMAND**

Defendants Lenovo (United States) Inc., and International Business Machines Corporation, and demand a jury trial.

Dated: May 23, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
    JOSEPH F. COYNE
    BRIAN R. BLACKMAN
    Attorneys for Defendant
    LENOVO (UNITED STATES) INC.

Dated: May 22, 2008

ARCHER NORRIS LLP

By _____
    SHARON COLLIER
    Attorneys for Defendant
    INTERNATIONAL BUSINESS
    MACHINES CORPORATION

-6-

# EXHIBIT A

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number, and address)*:
Charles Geerhart (SBN 139769)
Paoli & Geerhart LLP
785 Market St. Suite 1150
SF, CA 94103
San Francisco, CA 94103
TELEPHONE NO. 415-498-2101    FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Plaintiffs

FILED ALAMEDA COUNTY

APR 21 2008

CLERK OF THE SUPERIOR COURT
BY _____
DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon St.
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

PLAINTIFF: Farhana Huq; Josette Molloy; Creating Economic Opportunities for Women, Inc.

DEFENDANT: SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED STATES) INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION
[X] DOES 1 TO 50

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED *(Number)*:
Type *(check all that apply)*:
[ ] MOTOR VEHICLE    [X] OTHER *(specify)*: Product Liability
[ ] Property Damage    [ ] Wrongful Death
[X] Personal Injury    [X] Other Damages *(specify)*: Business Loss

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded    [ ] does not exceed $10,000
[ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
[ ] from limited to unlimited
[ ] from unlimited to limited

CASE NUMBER

RG08383051

1. Plaintiff *(name or names)*: Farhana Huq; Josette Molloy; Creating Economic Opportunities for Women, Inc.
alleges causes of action against defendant *(name or names)*: SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED STATES) INC.; ET AL

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. Each plaintiff named above is a competent adult
   a. [X] except plaintiff *(name)*: Creating Economic Opportunities for Women, Inc.
      (1) [X] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

BY FAX

   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

SHORT TITLE: Huq v. Sanyo | CASE NUMBER

4. ☐ Plaintiff (name):

is doing business under the fictitious name (specify):

an d has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ except defendant (name): SANYO NORTH AMERICA CORPORATION

(1) ☐ a business organization, form unknown
(2) ☒ a corporation
(3) ☐ an unincorporated entity (describe):

(4) ☐ a public entity (describe):

(5) ☐ other (specify):

c. ☒ except defendant (name): INTERNATIONAL BUSINESS MACHINES CORPORATION

(1) ☐ a business organization, form unknown
(2) ☒ a corporation
(3) ☐ an unincorporated entity (describe):

(4) ☐ a public entity (describe):

(5) ☐ other (specify):

b. ☒ except defendant (name): LENOVO (UNITED STATES) INC.

(1) ☐ a business organization, form unknown
(2) ☒ a corporation
(3) ☐ an unincorporated entity (describe).

(4) ☐ a public entity (describe):

(5) ☐ other (specify):

d. ☐ except defendant (name):

(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity (describe):

(4) ☐ a public entity (describe):

(5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
a. ☒ Doe defendants (specify Doe numbers): 1-50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. ☒ Doe defendants (specify Doe numbers): 1-50 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
a. ☐ at least one defendant now resides in its jurisdictional area.
b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
a. ☐ has complied with applicable claims statutes, or
b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Huq v. Sanyo | CASE NUMBER |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

a. ☐ Motor Vehicle
b. ☐ General Negligence
c. ☐ Intentional Tort
d. ☒ Products Liability
e. ☐ Premises Liability
f. ☐ Other *(specify):*

11. Plaintiff has suffered
a. ☒ wage loss
b. ☒ loss of use of property
c. ☒ hospital and medical expenses
d. ☒ general damage
e. ☒ property damage
f. ☒ loss of earning capacity
g. ☒ other damage *(specify):* Business loss

12. ☐   The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
a. ☐ listed in Attachment 12.
b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
a. (1) ☒ compensatory damages
   (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
   (1) ☒ according to proof
   (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 4/9/2008

Charles Geerhart
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(5)

| SHORT TITLE: Huq v. Sanyo | CASE NUMBER |
|---|---|

First _____    CAUSE OF ACTION—Products Liability    Page 4 _____
    (number)

ATTACHMENT TO [x] Complaint [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: Farhana Huq; Josette Molloy; Creating Economic Opportunities for Women, Inc.

Prod. L-1. On or about *(date)*: May 9, 2006        plaintiff was injured by the following product:
    Laptop computer and battery

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
    [x] used in the manner intended by the defendants.
    [x] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
    [x] purchaser of the product.                    [x] user of the product.
    [x] bystander to the use of the product.         [ ] other *(specify)*:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. [x] Count One—Strict liability of the following defendants who
    a. [x] manufactured or assembled the product *(names)*: SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED STATES) INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION
        [x] Does 1 _____ to 50 _____
    b. [x] designed and manufactured component parts supplied to the manufacturer *(names)*: SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED STATES) INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION
        [x] Does 1 _____ to 50 _____
    c. [x] sold the product to the public *(names)*: SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED STATES) INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION
        [x] Does 1 _____ to 50 _____

Prod. L-5. [x] Count Two—Negligence of the following defendants who owed a duty to plaintiff *(names)*: SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED STATES) INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION
    [x] Does 1 _____ to 50 _____

Prod. L-6. [x] Count Three—Breach of warranty by the following defendants *(names)*: SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED STATES) INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION
    [x] Does 1 _____ to 50 _____
    a. [x] who breached an implied warranty
    b. [x] who breached an express warranty which was
        [x] written [ ] oral

Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    [ ] listed in Attachment-Prod. L-7 [ ] as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

CAUSE OF ACTION—Products Liability    Legal Solutions Plus    Code of Civil Procedure, § 425.12

# EXHIBIT B

# SUMMONS

## (CITACION JUDICIAL)

*6121411*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED
~~STATES) INC.; INTERNATIONAL BUSINESS MACHINES~~
CORPORATION

FOR COURT
(SOLO PARA USO DE LA CORTE)

FILED ALAMEDA COUNTY

APR 21 2008

CLERK OF THE SUPERIOR COURT
By Alphonsine Oates
DEPUTY

DOES 1 TO 50
**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Forhana Huq; Josette Molloy; Creating Economic
Opportunities for Women, Inc.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Alameda County Superior Court<br>1225 Fallon St.<br><br>Oakland, CA 94612 | **CASE NUMBER**<br>*(Número del Caso)*<br>RG08383051 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Charles Geerhart (SBN 139769)                    415-498-2101
Paoli & Geerhart LLP
785 Market St. Suite 1150
San Francisco, CA 94103

| | | | |
|---|---|---|---|
| DATE: APR 21 2008    PAT S. SWEETEN | Clerk, by *Alphonsine Oates* | , Deputy |
| *(Fecha)* | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Legal
Solutions
Plus

4/24/08
11:30

# SUMMONS

## *(CITACION JUDICIAL)*

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED
STATES) INC.; INTERNATIONAL BUSINESS MACHINES
CORPORATION

DOES 1 TO 50
**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Farhana Huq; Josette Molloy; Creating Economic
Opportunities for Women, Inc.

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*
ENDORSED
FILED
ALAMEDA COUNTY

2008 APR 21 PM 4:01

BY ALPHONSINE OATES

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: | CASE NUMBER |
| *(El nombre y dirección de la corte es):* | *(Número del Caso)* RG08383051 |

Alameda County Superior Court
1225 Fallon St.

Oakland, CA 94612

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Charles Geerhart (SBN 139769)    415-499-2101
Paoli & Geerhart LLP
785 Market St. Suite 1150
San Francisco, CA 94103

| DATE: APR 21 2008 PAT S. SWEETEN | Clerk, by | , Deputy |
| *(Fecha)* | *(Secretario)* | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☑ on behalf of (specify): International Business Machine Corp.

under: ☑ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
☐ other (specify):

4. ☑ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. January 1, 2004)

SUMMONS

Legal
Solutions
& Plus

Code of Civil Procedure §§ 412.20, 465

# EXHIBIT C

complitactioninfo.html                                                        Page 1 of 1

| Date | Action | Image (Java) | Image (TIFF) |
|------|--------|--------------|--------------|
| 04/21/08 | Complaint – Product Liability Filed | 📄 | 📄 |
| 04/21/08 | Civil Case Cover Sheet Filed for Farhana Hug | 📄 | 📄 |
| 04/21/08 | Summons on Complaint Issued and Filed | 📄 | 📄 |
| 04/22/08 | Initial Case Management Conference 09/19/2008 10:45 AM D- 30 | 📄 | 📄 |
| 04/22/08 | Notice of Judicial Assignment for All Purposes Issued | 📄 | 📄 |
| 05/01/08 | Amendment to Complaint substituting True name(s) for Doe(s) Filed | 📄 | 📄 |
| 05/01/08 | Proof of Service on Complaint As to Sanyo North America Corporation Filed | 📄 | 📄 |
| 05/02/08 | Amendment to Complaint substituting True name(s) for Doe(s) Filed | 📄 | 📄 |
| 05/06/08 | Amendment to Complaint substituting True name(s) for Doe(s) Filed | 📄 | 📄 |
| 05/13/08 | Proof of Service on Complaint As to International Business Machines Corporation Filed | 📄 | 📄 |
| 05/13/08 | Proof of Service on Complaint As to Lenovo(United States) Inc. Filed | 📄 | 📄 |
| 05/21/08 | Dismissal As to Defendant: Sanyo North America Corporation Entered | | |
| 05/21/08 | Request Re: Dismissal w/o prejudice - partial as to: party Sanyo North America Corporation Filed | 📄 | 📄 |

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
Charles Geerhart (SBN 139769)
Paoli & Geerhart LLP
785 Market St. Suite 1150
SF, CA 94103
San Francisco, CA 94103
TELEPHONE NO  415-498-2101      FAX NO
ATTORNEY FOR *(Name)*  Plaintiffs

FOR COURT USE ONLY
*6121403*

FILED ALAMEDA COURT
APR 21 2008
CLERK OF SUPERIOR COURT
BY _____ DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS 1225 Fallon St.
MAILING ADDRESS
CITY AND ZIP CODE Oakland, CA 94612
BRANCH NAME

CASE NAME:  Huq v. Sanyo

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER RG08383051 |
|---|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE   DEPT |

BY FAX

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[X] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive

4. Number of causes of action *(specify)*: 1 (PRODUCT LIABILITY)

5. This case [ ] is  [X] is not  a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 4/9/2008

Charles Geerhart (SBN 139769)
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

*Legal Solutions Plus*

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

Paoli & Geerhart, LLP
Attn: Geerhart, Charles O.
785 Market Street
Suite 1150
San Francisco, CA  94103

## Superior Court of California, County of Alameda

| | |
|---|---|
| Hug | No. RG08383051 |
| **Plaintiff/Petitioner(s)** | |
| VS. | **NOTICE OF CASE MANAGEMENT** |
| | **CONFERENCE AND ORDER** |
| Sanyo North America Corporation | Unlimited Jurisdiction |
| **Defendant/Respondent(s)** | |
| **(Abbreviated Title)** | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.
Notice is given that a Case Management Conference has been scheduled as follows:

| | | |
|---|---|---|
| Date: 09/19/2008<br>Time: 10:45 AM | Department: 30<br>Location: **U.S. Post Office Building**<br>**Second Floor**<br>**201 13th Street, Oakland  CA 94612**<br><br>Internet: **http://www.alameda.courts.ca.gov** | Judge:  **Kenneth Mark Burr**<br>Clerk:  **Kathy McKean**<br>Clerk telephone:  **(510) 268-5104**<br>E-mail:<br>**Dept.30@alameda.courts.ca.gov**<br>Fax:  (510) 267-1510 |

### ORDERS

1.  You must:
    a.  **Serve** all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
    b.  **Give notice** of this conference to any party not included in this notice and file proof of service;
    c.  **Meet and confer**, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
    d.  **File and serve** a completed Case Management Conference Statement (use of Judicial Council Form CM 110 is <u>mandatory</u>) at least **15 days** before the Case Management Conference (CRC 3.725)

2.  If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30.  The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference.  Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3.  You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4.  The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
    a.  Referring to ADR and setting an ADR completion date
    b.  Dismissing or severing claims or parties
    c.  Setting a trial date.

*Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946.  This service is subject to charges by the vendor.

---

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 04/23/2008.

By _____
             digital

             Deputy Clerk

**Superior Court of California, County of Alameda**



## *Notice of Judicial Assignment for All Purposes*

Case Number: RG08383051
Case Title:    Hug VS Sanyo North America Corporation
Date of Filing: 04/21/2008

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This case is hereby assigned for all purposes to:

|  |  |
|---|---|
| Judge: | Kenneth Mark Burr |
| Department: | 30 |
| Address: | U.S. Post Office Building |
|  | 201 13th Street |
|  | Oakland  CA  94612 |
| Phone Number: | (510) 268-5104 |
| Fax Number: | (510) 267-1510 |
| Email Address: | Dept.30@alameda.courts.ca.gov |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: In this case, any challenge pursuant to Code of Civil Procedure §170.6 must be exercised within the time period provided by law. (See Govt. Code 68616(i); Motion Picture and Television Fund Hosp. v. Superior Court (2001) 88 Cal.App.4th 488, 494; and Code Civ. Proc. §1013.)

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

General Procedures

All pleadings and other documents must be filed in the clerk's office at any court location except when the Court permits the lodging of material directly in the assigned department. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Kenneth Mark Burr
DEPARTMENT 30

Counsel are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at: http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

The parties are always encouraged to consider using various alternatives to litigation, including mediation and arbitration, prior to the Initial Case Management Conference. The Court may refer parties to alternative dispute resolution resources.

A courtesy copy of all filed briefs must be delivered directly to Department 30.

### Schedule for Department 30

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held: Court Trials: Mondays through Thursdays at 9:45 a.m.
- Jury Trials: Mondays through Thursdays at 9:45 a.m.
- Master Trial Calendar: Fridays at 9:30 a.m.
- Case Management Conferences are held: Initial Case Management Conferences: Fridays at 9:15 a.m., 9:45 a.m., 10:45 a.m. and 11:15 a.m.
- Case Management Conference Continuances: Mondays through Thursdays at 9:15 a.m.
- Law and Motion matters are heard: Tuesdays and Wednesdays at 9:30 a.m.
- Settlement Conferences are heard: Fridays at 9:30 a.m., 10:00 a.m. and 10:30 a.m.
- Ex Parte matters are heard: Tuesdays and Thursdays at 9:00 a.m.
- For time-sensitive emergency applications, contact the Court by email to receive instructions on when the matter may be heard.

### Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
  Email:    Dept.30@alameda.courts.ca.gov

  Reservations by email only.

- Ex Parte Matters
  Email:    Dept.30@alameda.courts.ca.gov

  Reservations by email only.

### Tentative Rulings

The court will issue tentative rulings in accordance with the Local Rules. Tentative rulings

will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 30
- Phone: 1-866-223-2244

Dated: 04/22/2008

Executive Officer / Clerk of the Superior Court

By _____

Deputy Clerk

---

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 04/23/2008

By _____

Deputy Clerk





1  CHARLES GEERHART (SBN 139769)
   PAOLI & GEERHART, LLP
2  785 Market Street Suite 1150
   San Francisco, CA 94103
3  (415) 498-2101

4  Attorneys for Plaintiffs

**FILED**
ALAMEDA COUNTY

MAY 0 1 2008


CLERK OF THE SUPERIOR COURT
By _____
                              Deputy

7       IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

8          IN AND FOR THE COUNTY OF ALAMEDA

10  FARHANA HUQ; JOSETTE MOLLOY;        Case No. RG08 383051
11  CREATING ECONOMIC OPPORTUNITIES
    FOR WOMEN, INC.                     AMENDMENT TO COMPLAINT [CCP
12                                      SEC. 474]
13        PLAINTIFFS,

14  VS.

15  SANYO NORTH AMERICA
    CORPORATION; LENOVO (UNITED         **BY FAX**
16  STATES) INC.; INTERNATIONAL
    BUSINESS MACHINES CORPORATION
17
18        DEFENDANTS.

19

20       Upon filing the complaint herein, plaintiffs being ignorant of the true name and basis for

21  liability of defendants, and having designated such defendants in the complaint by fictitious name, to

22  wit, DOES 1-50, hereby amend the complaint by inserting such true names in the place and stead of

23  such fictitious names wherever they appear in said complaint, as follows:

24  DOE 1:  Chiwai Cheng

25

26  Dated: April 30, 2008              PAOLI & GEERHART, LLP
                                       By
27                                     _____
28                                     Charles Geerhart

AMENDMENT TO COMPLAINT (CCP 474)        1

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>CHARLES GEERHART, ESQ.   Bar #: 139769<br>PAOLI & GEERHART LLP<br>785 MARKET STREET<br>SUITE 1150<br>SAN FRANCISCO, CA  94103<br>　TELEPHONE NO.: 415/498-2101　　　FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>　ATTORNEY FOR *(Name):* PLAINTIFF/FARHANA HUG, et al. | \*6499685\*<br>**FILED**<br>**ALAMEDA COUNTY**<br>MAY 0 1 2008<br>CLERK OF THE SUPERIOR COURT<br>By _____<br>　　　　　　　　　　　Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br>　STREET ADDRESS: 1225 FALLON STREET<br>　MAILING ADDRESS:<br>　CITY AND ZIP CODE: OAKLAND, CA 94612<br>　BRANCH NAME: RENE C. DAVIDSON ALAMEDA COUNTY COURTHOUSE | |
| PLAINTIFF/PETITIONER: FARHANA HUG, et al.<br><br>DEFENDANT/RESPONDENT: SANYO NORTH AMERICA CORPORATION, et al. | CASE NUMBER:<br>RG08383051 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.　At the time of service I was at least 18 years of age and not a party to this action.
2.　I served copies of:
　　a. ☒ summons
　　b. ☒ complaint
　　c. ☐ Alternative Dispute Resolution (ADR) package
　　d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
　　e. ☐ cross-complaint
　　f. ☐ other *(specify documents):*

3.　a. Party served *(specify name of party as shown on the documents served):*
　　　SANYO NORTH AMERICA CORPORATION

　　b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
　　　　under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
　　　　CSC LAWYERS, BY SERVING BECKY DE GEORGE, AUTHORIZED AGENT FOR
　　　　SERVICE OF PROCESS

4.　Address where the party was served: 2730 GATEWAY OAKS DR., STE 100
　　　　　　　　　　　　　　　　　　　　SACRAMENTO, CA 95833

5.　I served the party (check proper box)
　　a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
　　　　　receive service of process for the party (1) on *(date):* 04/24/08　　　(2) at *(time):*  12:00 PM
　　b. ☐ **by substituted service.** On *(date):*　　　　at *(time):*　　　　I left the documents listed in item 2 with or
　　　　　in the presence of *(name and title or relationship to person indicated in item 3b):*

　　　　(1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
　　　　　　　　of the person to be served. I informed him or her of the general nature of the papers.

　　　　(2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
　　　　　　　　place of abode of the party. I informed him or her of the general nature of the papers.

　　　　(3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
　　　　　　　　address of the person to be served, other than a United States Postal Service post office box. I informed
　　　　　　　　him or her of the general nature of the papers.

　　　　(4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served
　　　　　　　　at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
　　　　　　　　*(date):*　　　　from *(city):*　　　　　　or ☐ a declaration of mailing is attached.

　　　　(5) ☐ I attached a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

SAM800739

| PLAINTIFF/PETITIONER: FARHANA HUG, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SANYO NORTH AMERICA CORPORATION, et al. | RG08383051 |

c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*    (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ by other means *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* SANYO NORTH AMERICA CORPORATION
       under the following Code of Civil Procedure section.

   ☒ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                     ☐ other:

7. Person who served papers
   a. Name: FRED DIAZ
   b. Address: 3750 AUBURN BLVD., SUITE B, SACRAMENTO, CA 95821
   c. Telephone number: 916/483-7030
   d. The fee for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i) ☐ owner ☒ employee ☐ independent contractor.
          (ii) Registration No.: 2007-42
          (iii) County: SACRAMENTO

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am the California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 04/25/08

FRED DIAZ
_____    ►    _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2

RAD

*6502281*

1  CHARLES GEERHART (SBN 139769)
   PAOLI & GEERHART, LLP
2  785 Market Street Suite 1150
   San Francisco, CA  94103
3  (415) 498-2101

4  Attorneys for Plaintiffs

5

FILED
ALAMEDA COUNT

2008 MAY -2 PH 2:33

CLERK OF
Dorothy L. Lee
DEPUTY

6           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

7              IN AND FOR THE COUNTY OF ALAMEDA

8

9  FARHANA HUQ; JOSETTE MOLLOY;          Case No. RG08 383051
   CREATING ECONOMIC OPPORTUNITIES
10 FOR WOMEN, INC.                       AMENDMENT TO COMPLAINT [CCP
                                         SEC. 474]
11      PLAINTIFFS,

12 VS.                                   

13

14 SANYO NORTH AMERICA
   CORPORATION; LENOVO (UNITED
15 STATES) INC.; INTERNATIONAL
   BUSINESS MACHINES CORPORATION
16
        DEFENDANTS.
17

18

19      Upon filing the complaint herein, plaintiffs being ignorant of the true name and basis for

20 liability of defendants, and having designated such defendants in the complaint by fictitious name, to

21 wit, DOES 1-50, hereby amend the complaint by inserting such true names in the place and stead of

22 such fictitious names wherever they appear in said complaint, as follows:

23 DOE 2:      SANYO ELECTRIC CO., LTD.

24 DOE 3:      SANYO ELECTRONIC DEVICE (U.S.A.) CORPORATION

25 Dated: May 2, 2008                    PAOLI & GEERHART, LLP
                                         By
26

27                                       Charles Geerhart

28

AMENDMENT TO COMPLAINT [CCP SEC. 474]

*6502500*

1  CHARLES GEERHART (SBN 139769)
   PAOLI & GEERHART, LLP
2  785 Market Street Suite 1150
   San Francisco, CA 94103
3  (415) 498-2101

4  Attorneys for Plaintiffs

FILED
ALAMEDA COUNTY

2008 MAY -6 AM 11: 52

CLERK OF THE SUPERIOR COURT
BY _____ DEPUTY

6       IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

7          IN AND FOR THE COUNTY OF ALAMEDA

8

9
   FARHANA HUQ; JOSETTE MOLLOY;            Case No. RG08 383051
10 CREATING ECONOMIC OPPORTUNITIES
   FOR WOMEN, INC.                         AMENDMENT TO COMPLAINT [CCP
11                                         SEC. 474]

12         PLAINTIFFS,

13 VS.

14 SANYO NORTH AMERICA
   CORPORATION; LENOVO (UNITED                    BY FAX
15 STATES) INC.; INTERNATIONAL
   BUSINESS MACHINES CORPORATION
16
17         DEFENDANTS.

18

19      Upon filing the complaint herein, plaintiffs being ignorant of the true name and basis for

20 liability of defendants, and having designated such defendants in the complaint by fictitious name, to

21 wit, DOES 1-50, hereby amend the complaint by inserting such true names in the place and stead of

22 such fictitious names wherever they appear in said complaint, as follows:

23 DOE 4:      SANYO ENERGY (U.S.A.) CORPORATION

24 Dated: May 2, 2008                    PAOLI & GEERHART, LLP
                                         By
25
26
27                                       Charles Geerhart

28

AMENDMENT TO COMPLAINT [CCP SEC. 474]

*5125235*  POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
CHARLES GEERHART, ESQ.  Bar #: 139769
PAOLI & GEERHART LLP
785 MARKET STREET
SUITE 1150
SAN FRANCISCO, CA 94103
    TELEPHONE NO.: 415/498-2101    FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* PLAINTIFF/FARHANA HUG, et al.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
    STREET ADDRESS: 1225 FALLON STREET
    MAILING ADDRESS:
    CITY AND ZIP CODE: OAKLAND, CA 94612
    BRANCH NAME: RENE C. DAVIDSON ALAMEDA COUNTY COURTHOUSE

PLAINTIFF/PETITIONER: FARHANA HUG, et al.

DEFENDANT/RESPONDENT: SANYO NORTH AMERICA CORPORATION, et al. . .

**PROOF OF SERVICE OF SUMMONS**

FOR COURT USE ONLY

**FILED**
ALAMEDA COUNTY

MAY 1 3 2008

By _____, Exec. Off./Clerk

CASE NUMBER:
RG08383051

Ref. No. or File No.:

---

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of:
    a.  ☒  summons
    b.  ☒  complaint
    c.  ☐  Alternative Dispute Resolution (ADR) package
    d.  ☐  Civil Case Cover Sheet *(served in complex cases only)*
    e.  ☐  cross-complaint
    f.  ☐  other *(specify documents):*
3.  a.  Party served *(specify name of party as shown on the documents served):*
        INTERNATIONAL BUSINESS MACHINES CORPORATION

    b.  ☒  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
            under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
            CT CORPORATION SYSTEM, INC. BY SERVING MARGARET WILSON, AUTHORIZED
            AGENT FOR SERVICE OF PROCESS
4.  Address where the party was served: 818 WEST SEVENTH STREET
                                        LOS ANGELES, CA 90017
5.  I served the party *(check proper box)*
    a.  ☒  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
            receive service of process for the party (1) on *(date):* 04/24/08    (2) at *(time):*  11:30 AM
    b.  ☐  **by substituted service.** On *(date):*        at *(time):*        I left the documents listed in item 2 with or
            in the presence of *(name and title or relationship to person indicated in item 3b):*

        (1)  ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
                of the person to be served. I informed him or her of the general nature of the papers.
        (2)  ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
                place of abode of the party. I informed him or her of the general nature of the papers.
        (3)  ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
                address of the person to be served, other than a United States Postal Service post office box. I informed
                him or her of the general nature of the papers.
        (4)  ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served
                at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
                *(date):*        from *(city):*        or ☐ a declaration of mailing is attached.
        (5)  ☐  I attached a declaration of diligence stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code Civil Procedure § 417.10

LAM800559

| PLAINTIFF/PETITIONER: FARHANA HUG, et al. | CASE NUMBER:<br>RG08383051 |
|---|---|
| DEFENDANT/RESPONDENT: SANYO NORTH AMERICA CORPORATION, et al. | |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):         (2) from (city):

   (3) ☐ with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** (specify means of service and authorizing code section):

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant..
  b. ☐ as the person sued under the fictitious name of (specify):
  c. ☐ as occupant.
  d. ☒ On behalf of (specify): INTERNATIONAL BUSINESS MACHINES CORPORATION
     under the following Code of Civil Procedure section.

     ☒ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                             ☐ other:

7. **Person who served papers**
  a. Name: YOLANDA CARRENO
  b. Address: 5730 UPLANDER WAY, SUITE 101, CULVER CITY, CA 90230
  c. Telephone number: 310/645-5557
  d. The fee for service was: $
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i) ☐ owner ☒ employee ☐ independent contractor.
      (ii) Registration No.: 5419
      (iii) County: LOS ANGELES

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am the California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 04/29/08

YOLANDA CARRENO                    ▶ _____
_____               (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*6125279*

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
CHARLES GEERHART, ESQ.  Bar #: 139769
PAOLI & GEERHART LLP
785 MARKET STREET
SUITE 1150
SAN FRANCISCO, CA 94103
TELEPHONE NO.: 415/498-2101          FAX NO. *(Optional)*:

FOR COURT USE ONLY

E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: PLAINTIFF/FARHANA HUG, et al.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 FALLON STREET
MAILING ADDRESS:
CITY AND ZIP CODE: OAKLAND, CA 94612
BRANCH NAME: RENE C. DAVIDSON ALAMEDA COUNTY COURTHOUSE

**FILED**
ALAMEDA COUNTY

MAY 1 3 2008

By _____ .Exec. 5H/Clerk

PLAINTIFF/PETITIONER: FARHANA HUG, et al.

DEFENDANT/RESPONDENT: SANYO NORTH AMERICA CORPORATION, et al.

CASE NUMBER:
RG08383051

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents)*:

3. a. Party served *(specify name of party as shown on the documents served)*:
      LENOVO (UNITED STATES), INC.

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      CT CORPORATION SYSTEM, INC. BY SERVING MARGARET WILSON, AUTHORIZED
      AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 818 WEST SEVENTH STREET
      LOS ANGELES, CA 90017

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 04/24/08      (2) at *(time)*: 11:30 AM
   b. ☐ **by substituted service.** On *(date)*:        at *(time)*:        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:        from *(city)*:        or ☐ a declaration of mailing is attached.

      (5) ☐ I attached a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

LAM800558

| | |
|---|---|
| PLAINTIFF/PETITIONER: FARHANA HUG, et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: SANYO NORTH AMERICA CORPORATION, et al. | RG08383051 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*        (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* LENOVO (UNITED STATES), INC.
    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
  a. Name: YOLANDA CARRENO
  b. Address: 5730 UPLANDER WAY, SUITE 101, CULVER CITY, CA 90230
  c. Telephone number: 310/645-5557
  d. **The fee** for service was: $
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ owner ☒ employee ☐ independent contractor.
        (ii) Registration No.: 5419
        (iii) County: LOS ANGELES

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am the **California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 04/29/08

YOLANDA CARRENO                     ▶
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name and Address):*
Charles Geerhart (SBN 139769)    TELEPHONE NO.: 415-498-2101
Paoli & Geerhart LLP
785 Market St. Suite 1150
SF, CA 94103
San Francisco, CA 94103

**FILED**
**ALAMEDA COUNTY**

MAY 2 1 2008

By _____ *(signature)*

**ATTORNEY FOR** *(Name):*  Plaintiffs

Insert name of court and name of judicial district and branch court, if any:
Alameda County Superior Court

PLAINTIFF/PETITIONER: Farhana Huq; Josette Molloy;
Creating Economic Opportunities for Women, Inc.
DEFENDANT/RESPONDENT: SANYO NORTH AMERICA CORPORATION;
LENOVO (UNITED STATES) INC.; ET AL

| REQUEST FOR DISMISSAL | CASE NUMBER: |
|---|---|
| [X] Personal Injury, Property Damage, or Wrongful Death | RG08 383051 |

**REQUEST FOR DISMISSAL**
- [X] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle    [X] Other
- [ ] Family Law
- [ ] Eminent Domain
- [ ] Other *(specify):*

CASE NUMBER: RG08 383051

**- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -**

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [ ] With prejudice    (2) [X] Without prejudice
   b. (1) [X] Complaint    (2) [ ] Petition
      (3) [ ] Cross-complaint filed by *(name):*                         on *(date):*
      (4) [ ] Cross-complaint filed by *(name):*                         on *(date):*
      (5) [ ] Entire action of all parties and all causes of action
      (6) [X] Other *(specify):** Dismiss complaint against Sanyo North America Corporation
              ONLY; each party to bear their own fees and costs.

Date: 05/13/08

Charles Geerhart (SBN 139769)                                    _____ *(SIGNATURE)*
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)    Attorney or party without attorney for: Farhana Huq; Josette Molloy;
                                                                   Creating Economic Opportunities for Women, Inc.

* If dismissal requested is of specified parties only of specified causes of        [X] Plaintiff/Petitioner    [ ] Defendant/Respondent
  action only, or of specified cross-complaints only, so state and identify
  the parties, causes of action, or cross-complaints to be dismissed.              [ ] Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

_____                          _____ *(SIGNATURE)*
(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)    Attorney or party without attorney for:

** If a cross-complaint-or Response (Family Law) seeking affirmative relief-is on   [ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
   file, the attorney for cross-complainant (respondent) must sign this consent
   if required by Code of Civil Procedure section 581(i) or (l).                   [ ] Cross - complainant

*(To be completed by clerk)*
3. [✓] Dismissal entered as requested on *(date):*
4. [ ] Dismissal entered on *(date):*                          as to only *(name):*
5. [ ] Dismissal not entered as requested for the following reasons *(specify):*

6. [ ] a. Attorney or party without attorney notified on *(date):*
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conform    [ ] means to return conformed copy

Date: 5/21/2008                          Clerk, by _____, Deputy

| Form Adopted for Mandatory use | **REQUEST FOR DISMISSAL** | Page 1 of 1 |
|---|---|---|
| Judicial Council of California | | Code of Civil Procedure, § 581 et seq., |
| CIV-110 [Rev. January 1, 2007] | | Cal. Rules of Court, rule 3.1390 |

Legal Solutions Plus

2

## Certificate of Service

I am employed in San Francisco, am over 18 years of age, and I am not a party to this action.

My business address is 785 Market St., Suite 1150, San Francisco, CA 94103.

I am readily familiar with the practice of this office for collection and processing of documents under which the documents listed below are deposited in a sealed envelope with the US Postal Service, postage fully pre-paid, for collection and mailing on the same date indicated herein.

On this date I caused to be served in accordance with the mailing practice stated above the following documents on the following persons:

**REQUEST FOR DISMISSAL**

| | |
|---|---|
| CSC Lawyers<br>Becky DeGeorge<br>2730 Gateway Oaks Dr., STE 100<br>Sacramento, CA 95833<br><br>(Agent for Sanyo North America Corp.) | CT Corporation System<br>Margaret Wilson<br>818 West Seventh St.<br>Los Angeles, CA 90017<br><br>(Agent for IBM Corp. & Lenovo, Inc.) |

I declare under penalty of perjury that the foregoing is true and correct.
Executed on May 15, 2008 at San Francisco, California.

P. Jordan Pfeifer

# EXHIBIT D

# Transaction Details

eBay Payment Sent (Unique Transaction ID #07B83303RX234252S)

Receipt ID:                    5611-5288-9569-7811

Business Contact Information

Customer Service Email:        chiwai@gmail.com

Total Amount: -$79.99 USD
Date: Nov. 26, 2005
Time: 00:10:06 PST
Status: Completed

| Item # | Item Title | Qty | Price | Subto |
|--------|-----------|-----|-------|-------|
| 6823013660 | NEW Genuine IBM T40 T41 T42 T43 R50 Extended Battery | 1 | $69.99 USD | $69.99 U |
| | Shipping & Handling via USPS Priority Mail (includes any seller handling fees): | | | $10.00 U |
| | Shipping Insurance (optional): | | | |
| | Total: | | | $79.99 U |

Shipping Address: Farhana Huq
489 1/2 Cavour Street
Oakland, CA 94618

http://adsfree01.mail.com/scripts/mail/read.mail?print=1&msg_uid=1208462183&folder=I...   4/17/2008

United States
Confirmed

---

Payment To: Chiwai Cheng    (The recipient of this payment is Verified)
Seller's ID: returnsale
Seller's Email: chiwai@gmail.com

---

Funding Type: Credit Card
Funding Source: $79.99 USD - Visa Card XXXX-XXXX-XXXX-0417

This credit card transaction will appear on your bill as "PAYPAL *PAYPAL FEES".

---

Shipment Information

Shipping Status: Shipped
Reference Number: U.S. Postal Service  Learn More

Service Type: Priority Mail® (2-3 days)
Package Size: Package/Thick Envelope
Mailing Date: Nov. 27, 2005
Signature Confirmation: No
Display Postage Value on Label: No
Shipping Insurance: Yes

Ship From: Chiwai Cheng
PO Box 22061
Brooklyn, NY 11202
United States

Ship To: Farhana Huq
489 1/2 Cavour Street
Oakland, CA 94618
United States
Unconfirmed Residential address

---

Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Nov. 26, 2005 | Payment To Chiwai Cheng | Completed | ... | -$79.99 U |

Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Nov. 26, 2005 | Charge From Credit Card | Completed | Details | $79.99 U |

Description: Chiwai Cheng

Note: I am leaving the country on the 4th and I hope to get it by then. Thank ‹ very much.

On Wed, Apr 9, 2008 at 11:35 AM, <pglaw@mail.com> wrote:
Hi Farhana,

I see that you used Paypal to buy the battery. I would like to see precisely which entity you bought the battery from-- i.e., which Sanyo entity (there are manay) or perhaps a middleman retailer. This is important so we name the right entity on the complaint. can you go onto Paypal and print out the transaction?

Thanks,
Chuck Geerhart

PAOLI & GEERHART LLP
785 Market St., Suite 1150
San Francisco, CA 94103
415-498-2101
www.paoligeerhart.com

--
Farhana Huq, Ashoka Fellow
Founder and CEO, C.E.O. Women
405 14th Street, Suite 712. Oakland, CA 94612
Phone: 510-836-3481 Fax: 510-836-3473
www.ceowomen.org

Click on this link to view a trailer of C.E.O. Women's groundbreaking educational telenovela series:
http://www.youtube.com/watch?v=zdulSlbbY_s


®

Buy  Sell  My eBay  Community  Help

Sign in                                                              Site Map

All Categories                    Search   Advanced Search

Categories ▾   Motors   Express   Stores        

🏠 Back to home page        Listed in category:

# NEW Genuine IBM T40 T41 T42 T43 R50 Extended Battery

Item number: 6823013660

Buyer or seller of this item? Sign in for your status

**Item has ended**

Sell an item like this or buy a similar item below.

| Similar items from all eBay sellers | | Help |
|---|---|---|
| **Item Name** | **Price** | **End Date** |
| Genuine IBM Battery for T40 T41 T42 T43 R50 R51 R52 !! | US $22.25 | May-02-08 11:37:42 PDT |
| Genuine battery 4 IBM ThinkPad T40 T41 T42 T43 R50 R51 | US $85.00 | May-11-08 20:09:17 PDT |
| 6 cell Battery for IBM ThinkPad T40 T41 T42 T43 R50 | US $38.95 | May-07-08 10:54:43 PDT |
| Battery for IBM Thinkpad T40 T41 T42 T43 R50 R51 R52 | US $39.99 | May-13-08 21:06:39 PDT |

See all similar items

| | |
|---|---|
| | =Buy It Now price: **US $69.99** |
| | |
| | Ended: **Nov-28-05 07:18:17 PST** |
| ☒ NEW Genuine IBM T40 T41 T42 T43 R50 Extended Battery | Shipping costs: **US $10.00** US Postal Service Priority Mail® Service to United States |
| | Ships to: United States |
| | Item location: Brooklyn, New York, United States |

**Meet the seller**

Seller:  returns:
Feedback: 99.0% F
Member:  since Fe
United S

▪ See detailed fee
▪ Ask seller a que
▪ Add to Favorite
▪ **View seller's o**

**Buy safely**

1. **Check the selle**
Score: 1885 | 99
See detailed fee

| | | |
|---|---|---|
| View larger picture | Quantity: | 0 available |
| | History: | Purchases |
| | You can also: | Email to a friend |

2. **Check how you**

**PayPal** Up t
buye
See

**Listing and payment details:** Show

**Make no payments for 3 months** with a new eBay MasterCard. US residents only. See Details | Apply Now

## Description

*Item Specifics - Item Condition*
Condition:     **New**

RETURNSALE

## Genuine IBM Thinkpad T40 T41 T42 T43 R50 I

**Product Descriptions :**

**Compatible Part Numbers:** 02K81!
92P1069

**Fits Models:** IBM ThinkPad T40 Seri
and ThinkPad R50 Series

## Product Features :

- **Voltage 10.8 Volt**
- **Capacity 7.2Ah**

## Product Condition :

- **This is a genuine Thinkpad T43 battery. Do not use OEM Batteries. OEM batteries a**

not suggested to use and may damage motherboard and void warranty.
- **Brand new battery for T40, T41, T42, T43, R50. The battery is brand new with 0 charge cy**
  **They may have very minor scratch on it as I took all of them out from the box and put them**
  **big box. Guaranteed brand new. You will receive either 02K8198 or 92P1069. I believe one**
  **made by Panasonic and one is made by Sanyo, but they should perform the same.**
- **Also check my feedback. I have sold many Thinkpad batteries.**

IBM's price is $130 + Tax + Shipping.

My price: $69.99 + $10 shipping.

| ⊠ The image "http://www.returnsale.com/ebay/Others/Batteryex.jpg" cannot be displayed, because it contains errors. |

⊠

## Shipping and handling

**Ships to**
United States

| Country: | United States | ▧ | Update |

| Shipping and Handling | Each Additional Item | To | Service | Insurance |
|---|---|---|---|---|
| US $10.00 | + $5.00 | United States | US Postal Service Priority Mail® Estimated delivery 2-3 days* | US $2.00 Optional |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
|  VISA  DISCOVER | Seller Preferred | *PayPal* Up to **$2,000** in buyer protection. <u>See eligibility</u> |

<u>Learn about payment methods</u>

## Other options

 <u>Back to home page</u>  |  <u>Report this item</u>  |  <u>Printer Version</u>  |  <u>Sell one like this</u>

Seller assumes all responsibility for listing this item.

<u>eBay Pulse</u> | <u>eBay Reviews</u> | <u>eBay Stores</u> | <u>eBay Express</u> | <u>Reseller Marketplace</u> | <u>Austria</u> | <u>France</u> | <u>Germany</u> | <u>Italy</u> | <u>Spain</u> | <u>United Kingdom</u> | <u>Popular Searches</u>
<u>Half.com</u> | <u>Tickets</u> | <u>Kijiji</u> | <u>PayPal</u> | <u>ProStores</u> | <u>Apartments for Rent</u> | <u>Shopping.com</u> | <u>Skype</u>

<u>About eBay</u> | <u>Announcements</u> | <u>Security Center</u> | <u>eBay Toolbar</u> | <u>Policies</u> | <u>Government Relations</u> | <u>Site Map</u> | <u>Help</u>

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay <u>User Agreement</u> and <u>Privacy Policy</u>.

<u>eBay official time</u>

# EXHIBIT E

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
### FOR THE COUNTY OF ALAMEDA

FARHANA HUQ, JOSETTE MOLLOY, and
CREATING ECONOMIC OPPORTUNITIES FOR
WOMEN, INC.,

                 Plaintiffs,

     vs.

SANYO NORTH AMERICA CORPORATION,
LENOVO (UNITED STATES) INC.,
INTERNATIONAL BUSINESS MACHINES
CORPORATION.; and DOES 1-50, inclusive,

               Defendants.

Case No. RG08383051

**AFFIDAVIT OF NON-INVOLVEMENT**

### AFFIDAVIT OF TAKESHI FUNATO

1.   My name is Takeshi Funato. I am over the age of eighteen years and competent to make this affidavit. I make this affidavit based upon my personal knowledge of the facts stated herein and upon my knowledge gained by virtue of my experience as an employee of SANYO Electronic Device (U.S.A.) Corporation. All the facts stated herein are true and correct.

2.   I have been employed with SANYO Electronic Device (U.S.A.) Corporation for 2 years. I currently serve as the President of SANYO Electronic Device (U.S.A.) Corporation. As part of my role as President, I have obtained personal and direct knowledge of the business operations of SANYO Electronic Device (U.S.A.) Corporation.

3.   Sanyo Electronic Device (U.S.A.) Corporation is a Delaware corporation with its headquarters in San Diego, California. The company has manufacturing affiliates in Japan, China, Indonesia and the Philippines.

4.   I have read the complaint subject to this litigation, which alleges that plaintiffs were caused to suffer injuries by a laptop computer and battery. SANYO Electronic Device (U.S.A.) Corporation has been named a defendant in this matter. It has been alleged that SANYO Electronic Device (U.S.A.) Corporation manufactured or assembled the laptop computer or battery, designed or manufactured component parts supplied to the manufacturer of the laptop computer or battery, or sold the laptop computer or battery to the public.

1

5.    Neither SANYO Electronic Device (U.S.A.) Corporation, nor its manufacturing affiliates, manufacture, assemble, design, distribute or sell laptop computers, batteries for laptop computers or any component thereof. Sanyo Electronic Device (U.S.A.) Corporation distributes high performance electronic components, including capacitors, tuners, speakers, and wave filers. It has no involvement, whatsoever, with computers, batteries or computer batteries.

6.    SANYO Electronic Device (U.S.A.) Corporation is a separate corporate entity from all other SANYO entities, domestic or foreign.

7.    Based upon the foregoing facts, I have can conclusively attest that SANYO Electronic Device (U.S.A.) Corporation did not participate in the design, assembly, manufacture, marketing, distribution or sale of the subject laptop computer, batteries, computer batteries, or any component thereof.

FURTHER AFFIANT SAYETH NOT.

SWORN TO AND SUBSCRIBED BY ME on the 16th day of May, 2008.

Notary Public in and for
the State of California

My Commission Expires:



2

1991005.1

AFFIDAVIT OF NON-INVOLVEMENT

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California

County of ___San Diego___ } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1
2
3
4
5
6

_____          ___N / A___
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this

___16th___ day of ___May___, ___2008___ by
        Date                    Month              Year

(1) ___Takeshi Funato___
                    Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me (.) (.)
                    (and

(2) _____
                    Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me.)

_____
Signature of Notary Public

CARMEN E. QUIROGA
Commission # 1541507
Notary Public - California
San Diego County
My Comm. Expires Jan 3, 2009

Place Notary Seal Above

——————————— **OPTIONAL** ———————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: ___Affidavit of Non-Involvement___

Document Date: ___May 16, 2008___    Number of Pages: ___2___

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

# EXHIBIT F

# DHILLON & SMITH

Attorneys at Law
214 Grant Avenue
Suite 400
San Francisco, CA 94108

Harmeet K. Dhillon, Esq.

(415) 433-1700 (o)
(415) 520-6593 (f)
harmeet@dhillonsmith.com

**Confidential Settlement Communication Pursuant to Cal. Evid. Code § 1152**

February 25, 2007

**VIA FACSIMILE 650.849.4800**
William Bates III, Esq.
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA 94303

Re:    CEO Women, Lenovo Laptop Battery Matter
       IBM Case No. 32R6H9F

Dear Mr. Bates,

I write regarding the above-referenced matter, and to advance our recent discussions regarding this matter. This letter is intended as a confidential settlement proposal in the spirit of resolving this matter amicably without resort to litigation, and is made on behalf of all three parties represented by this law firm – Ms. Farhana Huq, Ms. Josette Molloy, and CEO Women ("CEOW").

I have evaluated the extent of my clients' injuries arising out of the laptop battery explosion on May 9, 2006 during a board meeting of CEO Women ("CEOW") in Oakland, California (the "Incident"). First, let me state that my clients' correspondence with Lenovo last year and the physical evidence in this matter leaves no doubt that Lenovo is at fault for the explosion and, consequently, my clients' damages. As described in prior correspondence over the course of several months with IBM/Lenovo, the explosion filled the meeting room with black smoke, intense odors and noxious fumes from the combustion of the lithium ion battery in the computer. Ms. Huq provided Lenovo's sales and support team with several photographs and detailed descriptions of the damage that occurred during the Incident.

William Bates III, Esq.
February 26, 2007
Page 2 of 4

    Ms. Huq suffered acute upper respiratory congestion following the Incident, which has been diagnosed by her physicians as acute sinusitis. She has been under medical treatment for sinusitis since shortly after the incident, and has had several medical tests to confirm the diagnosis, including two CT scans. Despite her treatment, she continues to suffer from acute sinusitis presently, which has interfered substantially with her quality of life and ability to function at work. She has been told that her symptoms are highly likely to be linked to an inflammatory response triggered by the Incident. She has also been advised that the next step in her treatment is sinus surgery. In addition to seeking conventional medical treatment, Ms. Huq has also been treated with alternative healing therapies including acupuncture. She has incurred several thousand dollars in out-of-pocket medical expenses, and will incur substantially more expenses should surgery be required.

    In addition to her sinus issues, Ms. Huq has suffered severe fatigue, loss of energy and ability to focus for long periods of time, and a continuing decline in her quality and enjoyment of life. As Ms. Huq is the founder, Chief Executive Officer and Chairwoman of CEO Women, her injuries have directly affected her ability to perform her professional obligations.

    Ms. Molloy similarly felt physically ill immediately following the Incident and continues to suffer ill health effects to date. She suffered intense exhaustion and upper respiratory congestion for months after the Incident. She has consulted her physicians at Kaiser Permanente for treatment on several occasions, and was initially prescribed antihistamines and other medication to treat her upper respiratory symptoms. Ms. Molloy also developed a severe skin inflammation on her face and neck following the incident, which resulted in weeping sores and cracks on her skin and has left her with visible scars on her face. As the medical treatment from Kaiser failed to resolve her symptoms, Ms. Molloy sought alternative medical treatment from an Eastern health practitioner, who prescribed homeopathic medications. She has continued to feel less healthy than her pre-Incident baseline, and recently was referred to a pulmonary specialist by her physician at Kaiser in order to further treat her symptoms. Her pulmonary function tests revealed that her lung capacity had declined since the Incident. In addition, Ms. Molloy suffered tangible memory loss for several weeks following the Incident.

Mr. William Bates III, Esq.
February 26, 2007
Page 3 of 4

Ms. Molloy is an Employment Development Counselor at the County of
Marin CalWorks Employment Services Department, where she currently handles
a caseload of approximately 30 families at any given time. She is a relatively new
employee at the County, and was and continues to be in a probationary period at
her office. Her severe exhaustion, memory loss, and disfiguration from her skin
disorder following the Incident severely impacted her ability to perform her
employment functions, caused her severe anxiety, and cost her weeks of sick
leave. Her symptoms substantially impacted her quality of life for months. Ms.
Molloy spent several months using nearly all of her personal time resting and
attempting to recover her pre-incident baseline health. She has incurred
approximately $1,000 in out of pocket medical expenses.

In addition to their physical injuries described above, Ms. Molloy and Ms.
Huq have suffered severe anxiety and distress as a result of their continuing
physical injuries and their legitimate concern that they may develop more severe,
life-threatening illnesses as a result of their exposure to the toxic fumes and
smoke from the Incident. In particular, both Ms. Molloy and Ms. Huq will
require regular monitoring for several years for potential immunological,
respiratory and oncological disorders that may be caused by exposure to the
chemicals to which they were exposed during the Incident.

CEOW has also suffered both direct and consequential damages as a
result of the incident. CEOW lost the use of its primary computer for over a
month. Its board meeting was disrupted by the Incident. Its CEO, Ms. Huq, was
forced to expend dozens of hours – while suffering severe physical ailments – in
negotiating with Lenovo for the replacement of the defective equipment. Her
absence from the office while attempting to recover from the Incident set back
CEOW's fundraising and grant proposal process by several weeks. With a
budget of over $500,000 which is funded entirely by grants and contributions,
every day that Ms. Huq is unable to perform her duties means a substantial
financial impact to the hundreds of women that CEO Women serves through its
programs. The Incident has impacted CEO Women's long-term budget and
planning targets, and continues to affect the organization as Ms. Huq continues
to perform at less than full capacity.  CEOW has experienced a decrease in the
quality and quantity of the services of its founder and leader – and board
member Ms. Molloy – for the better part of a year.  Both Ms. Huq and Ms. Molloy

Mr. William Bates III, Esq.
February 26, 2007
Page 4 of 4

have expended executive time in attempting to resolve the *sequelae* of the
Incident.

In the interest of resolving this issue without costly, time-consuming and
potentially embarrassing (for Lenovo) litigation, my clients are preparing to
accept a settlement offer with the following amounts paid to them:

| | |
|---|---|
| Ms. Huq: | $500,000 |
| Ms. Molloy: | $500,000 |
| CEOW: | $200,000 |

A settlement agreement would also contain the customary releases and
confidentiality clauses. CEOW is willing to consider partial payment in kind in
the form of computer and networking equipment.

I look forward to your response to this proposal. I would appreciate a
response by March 8, 2007. We are quickly approaching the time that litigation
would have to commence if we are unable to resolve this matter at this stage.

Sincerely,

Harmeet K. Dhillon

**Tatarka, Gregg**

| | |
|---|---|
| **From:** | Harmeet K. Dhillon, Esq. [hdhillon@dhillonsmith.com] |
| **Sent:** | Wednesday, November 28, 2007 7:02 PM |
| **To:** | donald.eichorn@wilsonelser.com; Tatarka, Gregg |
| **Subject:** | Huq, Molloy, CEO Women Settlement Proposal – CONFIDENTIAL, FOR SETTLEMENT PURPOSES ONLY |

**Attachments:** ceowomen2004990 PDF; 2005 990 Final.pdf; Audit - 1st Draft.pdf

Dear Donald and Gregg:

I hope you both had a great Thanksgiving. I've been meaning to send you a settlement proposal for the past few weeks, but wanted first to review the financial figures from CEO Women, which are attached for your review. My clients are willing to enter into a pre-mediation settlement discussion with you along the following lines:

CEO Women has sustained financial damages of $104,000, which is shortfall between projected budget of $601K, $82K surplus, and actual money raised of $512K, with $16K deficit. This is in line with previous years' and this years' budgets and surpluses (see attached); the key difference is that Farhana was sick for most of the year and therefore the organization's fundraising suffered dramatically. Farhana was also sick and therefore the organization lost the benefit of her services during that time period, and had to pay her salary during time she was unable to work. This amounts to about $2,500 in lost services.

Josette Molloy incurred out of pocket medical expenses of about $2,000. She was out sick for several days, and spent much of her time off during the several months following the incident resting and recovering. Ms. Molloy suffered substantial stress due to inability to perform functions at work given her inability to focus, memory loss, and illness during a probationary period at work. She is willing to compromise her pain and suffering damages at $100,000. She also will need medical monitoring – physicals and follow ups for the next 10 years – at an estimated cost of $15,000.

Farhana Huq incurred out of pocket medical expenses of about $2,500. She will, according to her ENT specialist and other physicians, need to have sinus surgery and recovery time, which we estimate at $15,000 for surgery, follow up and time off. She has been advised that this surgery frequently needs to be repeated, and she therefore anticipates having the surgery twice. We estimate that the second surgery will also cost $15,000 for medical care and time off. Like Ms. Molloy, Ms. Huq will need medical monitoring at an estimated cost of $15,000 for next ten years. Ms. Huq's pain and suffering (extreme stress, nightmares, feeling like she couldn't breathe, illness and time off during key leadership role at CEO Women) -- $100,000. Ms. Huq also lost a bonus of $5,000, for the first time in several years, because her board determined that she had not met the fundraising milestones set for the year, which is directly

trace able to her illness and inability to perform fully at work for several months. She continues to suffer sinus pain and expects that to continue until resolved by surgery.

To summarize, our demands are as follows:

CEO Women: $106,500
Josette Molloy: $117,000
Farhana Huq: $152,500.

My clients are not likely to pursue their consumer fraud claims against Lenovo if we are able to reach an agreement; I know that this may be of little import to Sanyo, but I thought it would be fair to disclose this

Please let me know your response to this proposal as soon as possible. If your client is not willing to accept this offer or make a reasonable counterproposal, then we should discuss whether mediation is a good use of our time, or whether it would be best to proceed to litigation. A litigation will include consumer fraud claims against Lenovo, and may proceed as a class or mass tort action.

Best regards,
Harmeet

Harmeet K. Dhillon, Esq. | DHILLON & SMITH | 214 Grant Avenue, Suite 400 | San Francisco, CA 94108 | 415.433.1700 | Fax: 415.520.6593
Admitted to practice law in New York and California | Solicitor of the Supreme Court of England and Wales

5/20/2008



**PAOLI · GEERHART**LLP
T R I A L   L A W Y E R S

72c(.258

April 3, 2008

| | |
|---|---|
| Greg Tatarka | William Bates |
| Wilson, Elser | Bingham McCutcheon |
| 3 Gannett Drive | 1900 E. University Ave |
| White Plains, NY 10604 | East Palo Alto, CA 94303 |

    Re:    Our clients: Farhana Huq, Josette Molley, and CEO Women, Inc
            Incident of May 9, 2006
            IBM case no: 32R6H9F

Dear counsel:

        I have been retained, in association with Harmeet Dhillon (with whom you have previously corresponded), to represent the above-named clients as trial counsel for injuries/damages suffered as a result of an exploding laptop computer battery (client authorizations enclosed). Please address all further correspondence to my attention.

        As the statute is fast approaching, my intent is to file suit shortly against IBM/Lenovo and Sanyo, and conduct discovery. It appears that settlement discussions reached an impasse over case value. While I believe the last settlement demand of $117,000 as to Ms. Molloy was high, I think the other demands are reasonable. I suspect Ms. Huq's projected two nasal surgeries may well cost more than the $15,000 each stated in the last letter from Ms. Dhillon. She is clearly experiencing ongoing, daily, respiratory distress. If there is any interest on the part of your respective clients in attempting to settle this matter before litigation commences, please let me know.

                            Very truly yours,
                            PAOLI & GEERHART LLP
                            By


                            Charles Geerhart

c: Harmeet Dhillon, Esq.
    Clients

1



**PAOLI · GEERHART** LLP
TRIAL LAWYERS

AUTHORIZATION

I hereby authorize the law office of Paoli & Geerhart, LLP, to act on my behalf as my

attorneys with regard to the incident of 5/9/06.

Date: 3-3+08          _____
                      Farhana Huq



PAOLI · GEERHART LLP
TRIAL LAWYERS

AUTHORIZATION

I hereby authorize the law office of Paoli & Geerhart, LLP, to act on my behalf as my

attorneys with regard to the incident of 5/9/06

Date: 04·01·08

Josette Molloy