| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
|   | JOSEPH F. COYNE, JR., Cal. Bar No. 93707 |
| 3 | jcoyne@sheppardmullin.com |
|   | BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 4 | bblackman@sheppardmullin.com |
|   | Four Embarcadero Center, 17th Floor |
| 5 | San Francisco, California  94111-4109 |
|   | Telephone:    415-434-9100 |
| 6 | Facsimile:    415-434-3947 |
| 7 | Attorneys for Defendant LENOVO (UNITED STATES) INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARHANA HUQ; JOSETTE MOLLOY; CREATING ECONOMIC OPPORTUNITIES FOR WOMEN, INC., | Case No. C08-02614 JCS |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED STATES) INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| Defendants. | |

-1-

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **May 23, 2008**, I served the following document(s) described as **JOINT NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441, 1446 AND 1332 (DIVERSITY); CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;U.S. DISTRICT COURT OFFICE HOURS**; on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

[x] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

[ ] **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

[x] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

[ ] **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1 ☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 23, 2008**, at San Francisco, California.

_____
Anna Carr

| | |
|---|---|
| 1 | **SERVICE LIST** |

Charles Geerhart, Esq.
Paoli & Heerhart LLP
785 Market Street, Sutie 1150
San Francisco, CA 94103
415 498 2101
Attorneys for Plaintiff
SERVED BY HAND

Mark Cokee, Esq.
525 Market Street
17th Floor
San Francisco, CA 94105-2725
415 433 0990
415 434 1370
Attorneys for
SERVED BY MAIL

Sharon Collier, Esq.
Archer Norris LLP
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
(925) 930-6600
(925) 930-6620
SERVED BY MAIL