1  CHARLES GEERHART (SBN 139769)
   PAOLI & GEERHART, LLP
2  785 Market Street Suite 1150
   San Francisco, CA 94103
3  (415) 498-2101

4  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARHANA HUQ; JOSETTE MOLLOY; CREATING ECONOMIC OPPORTUNITIES FOR WOMEN, INC.<br><br>PLAINTIFFS,<br><br>VS.<br><br>SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED STATES) INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION<br><br>DEFENDANTS. | Case No. C08 02614 JCS (ADR)<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Plaintiffs FARHANA HUQ; JOSETTE MOLLOY; and CREATING ECONOMIC OPPORTUNITIES FOR WOMEN, INC. hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

*Huq v. Sanyo et al*
USDC No. C 08 02614 JCS (ADR)
DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

1 | a United States District Judge.

3 | Dated: May 27, 2008

PAOLI & GEERHART, LLP
By

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/s/ _____
Charles Geerhart
Attorney for Plaintiffs

*Huq v. Sanyo et al*
USDC No. C 08 02614 JCS (ADR)
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

## Certificate of Service

I am employed in San Francisco, am over 18 years of age, and I am not a party to this action. My business address is 785 Market St., Suite 1150, San Francisco, CA 94103.

I am readily familiar with the practice of this office for collection and processing of documents under which the documents listed below are deposited in a sealed envelope with the US Postal Service, postage fully pre-paid, for collection and mailing on the same date indicated herein.

On this date I caused to be served in accordance with the mailing practice stated above the following documents on the following persons:

- **DEMAND FOR JURY TRIAL**
- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Mark Cokee, Esq.<br>Wilson, Elser, Moskowitz, et al., LLP<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725<br><br>Attorneys for Sanyo North America Corp. | Sharon Collier, Esq.<br>Archer Norris LLP<br>2033 North Main Street, Suite 800<br>Walnut Creek, CA 94596<br><br>Attorneys for International Business Machines Corporation |
| Joseph F. Coyne, Jr., Esq.<br>Brian R. Blackman, Esq.<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br><br>Attorneys for Lenovo (United States), Inc. | |

I declare under penalty of perjury that the foregoing is true and correct.
Executed on May 27, 2008 at San Francisco, California.

_____
P. Jordan Pfeifer