CHARLES GEERHART (SBN 139769)
PAOLI & GEERHART, LLP
785 Market Street Suite 1150
San Francisco, CA  94103
(415) 498-2101

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARHANA HUQ; JOSETTE MOLLOY; CREATING ECONOMIC OPPORTUNITIES FOR WOMEN, INC. <br><br> PLAINTIFFS, <br><br> VS. <br><br> SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED STATES) INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION <br><br> DEFENDANTS. | Case No. C08 02614 JCS (ADR) <br><br> DISMISSAL OF DEFENDANT CHIWAI CHENG |

TO THE COURT AND ALL PARTIES BY THEIR ATTORNEYS OF RECORD:

Plaintiffs FARHANA HUQ; JOSETTE MOLLOY; and CREATING ECONOMIC

OPPORTUNITIES FOR WOMEN, INC.  hereby dismiss without prejudice this action against

defendant Chiwai Cheng ONLY, with each side to bear its own costs and fees.

Dated: June 19, 2008                    PAOLI & GEERHART, LLP
                                        By


                                        /s/_____
                                        Charles Geerhart

*Huq v. Sanyo et al*
USDC No. C 08 02614 JCS (ADR)
DISMISSAL OF CHIWAI CHENG