1 | CHARLES GEERHART (SBN 139769)
PAOLI & GEERHART, LLP
2 | 785 Market Street Suite 1150
San Francisco, CA 94103
3 | (415) 498-2101

4 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FARHANA HUQ; JOSETTE MOLLOY; CREATING ECONOMIC OPPORTUNITIES FOR WOMEN, INC.

　　　　PLAINTIFFS,

VS.

SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED STATES) INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION

　　　　DEFENDANTS.

Case No. C08 02614 JCS (ADR)

DISMISSAL OF DEFENDANT CHIWAI CHENG

TO THE COURT AND ALL PARTIES BY THEIR ATTORNEYS OF RECORD:

　　　　Plaintiffs FARHANA HUQ; JOSETTE MOLLOY; and CREATING ECONOMIC OPPORTUNITIES FOR WOMEN, INC. hereby dismiss without prejudice this action against defendant Chiwai Cheng <u>ONLY</u>, with each side to bear its own costs and fees.

Dated: June 19, 2008

PAOLI & GEERHART, LLP
By

/s/_____
Charles Geerhart

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*

*Huq v. Sanyo et al*
USDC No. C 08 02614 JCS (ADR)
DISMISSAL OF CHIWAI CHENG