1  CHARLES GEERHART (SBN 139769)
   PAOLI & GEERHART, LLP
2  785 Market Street Suite 1150
   San Francisco, CA 94103
3  (415) 498-2101

4  Attorneys for Plaintiffs

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9

10 FARHANA HUQ; JOSETTE MOLLOY;          Case No. C08 02614 SC (ADR)
   CREATING ECONOMIC OPPORTUNITIES
11 FOR WOMEN, INC.                       PROOF OF SERVICE OF SUMMONS AND
                                         COMPLAINT ON SANYO ENERGY (USA)
12      PLAINTIFFS,                      CORPORATION

13 VS.

14 SANYO NORTH AMERICA
   CORPORATION; LENOVO (UNITED
15 STATES) INC.; INTERNATIONAL
   BUSINESS MACHINES CORPORATION;
16 SANYO ENERGY (USA) CORPORATION,

17      DEFENDANTS.

18

19

20

21

22

23

24

25

26

27

28 *Huq v. Sanyo et al*
   USDC No. C 08 02614 SC (ADR)
   PROOF OF SERVICE OF SUMMONS AND COMPLAINT
   ON SANYO ENERGY (USA) CORPORATION

AO 440 (Rev. 10/93) Summons in a Civil Action

FARHANA HUQ, ET AL. VS. SANYO NORTH AMERICA CORPORATION,
CASE # C082614SC

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 7-11-08   11:15 AM |
| Name of SERVER (PRINT)  FRED DIAZ<br>SACRAMENTO REG # 2007-42 | TITLE  CA PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  SANYO ENERGY (USA) CORPORATION C/O PRENTICE HALL
Name of person with whom the summons and complaint were left: BECKY DE GOERGE, 2730 GATEWAY OAKS DR.
SSACRAMENTO, CA 95833

☐ Returned unexecuted: _____

☒ Other (specify): DOE AMENDMENT # 4, NOTICE OF CASE MANAGEMENT CONFERENCE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-14-08
              Date

Signature of Server
FRED DIAZ

Address of Server
3750 AUBURN BLVD, STE B
SACRAMENTO, CA 95821
916-483-7030

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.