1  CHARLES GEERHART (SBN 139769)
   PAOLI & GEERHART, LLP
2  785 Market Street Suite 1150
   San Francisco, CA  94103
3  (415) 498-2101

4  Attorneys for Plaintiffs

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARHANA HUQ; JOSETTE MOLLOY; CREATING ECONOMIC OPPORTUNITIES FOR WOMEN, INC.<br><br>PLAINTIFFS,<br><br>VS.<br><br>SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED STATES) INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION<br><br>DEFENDANTS. | Case No. C08 02614 SC (ADR)<br><br>PLAINTIFFS' OPPOSITION TO ADMINISTRATIVE MOTION; DECLARATION OF CHARLES GEERHART |

Introduction

Plaintiffs respectfully oppose the defendants' administrative motion to delay the initial CMC until after Sanyo Electric, a Japanese company, has been served.  The principal ground for this opposition is that one Sanyo entity (Sanyo Energy USA) is already a party defendant to this action and is represented by the same law firm that will be representing Sanyo Electric once it appears. The law firm of Wilson Elser et al represents Sanyo for all purposes in this case– all of plaintiffs' counsel's dealings with Sanyo both before and during litigation have been with either the New York or San Francisco office of that firm.  In fact, plaintiffs sued two other Sanyo entities, and dismissed them after the Wilson Elser firm prepared affidavits stating that the respective Sanyo entities did not

manufacture or design batteries. The Wilson, Elser firm has also advised plaintiffs' counsel that it represents the missing defendant, Sanyo Electric.

Facts

The case involves a new IBM/Lenovo Thinkpad laptop computer. Plaintiff Farhana Huq purchased a new longlife battery on eBay. The battery was branded IBM, but was apparently manufactured by a Sanyo entity, either Sanyo Energy USA or Sanyo Electric. The battery exploded into flame and smoke in a conference room, causing serious respiratory injury to plaintiffs Huq and Molloy, and causing business interruption loss for CEO Women, Inc.

Argument

In May, when plaintiffs' counsel Charles Geerhart asked Greg Tatarka of Wilson Elser's New York office if Sanyo Electric would agree to accept service, he said via e-mail on May 14, "I have not received instruction yet from Sanyo Electric on the issue of service of process." This suggests that Sanyo Electric is content simply to delay the case, but this should not operate to delay plaintiffs' discovery against the other defendants. And, because the Wilson Elser firm (as counsel for Sanyo Energy USA) will be involved in all events in the case before Sanyo Electric appears, there will be no "catch up" period once it does appear, except to make initial disclosures.

Therefore, plaintiffs submit that there is no prejudice to the defense to commence initial FRCP disclosures, conduct the CMC, and begin written discovery while Sanyo Electric is served, which is expected to be accomplished by around October 24 (based on commencement of service of June 24).

Date: August 1, 2008                     PAOLI & GEERHART LLP


                                         /s/_____

                                         Charles Geerhart

                                         Attorneys for Plaintiffs


*Huq v. Sanyo et al*
USDC No. C 08 02614 JCS (ADR)
PLAINTIFFS' OPPOSITION
TO ADMINISTRATIVE MOTION                 2

1  DECLARATION OF CHARLES GEERHART

2  I, Charles Geerhart, declare as follows:

3  1. I am attorneys for plaintiffs herein. I have personal knowledge of the facts stated herein, and
4  if called as a witness, could and would testify competently thereto.
5  2. All of the factual statements in the above opposition are true and correct.
6  I declare under penalty of perjury under the Laws of California and the United States that the
7  foregoing is true and correct.

9  Executed on August 1, 2008 at San Francisco, CA.

11              /s/_____
              Charles Geerhart