SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JOSEPH F. COYNE, JR., Cal. Bar No. 93707
jcoyne@sheppardmullin.com
BRIAN R. BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Defendant LENOVO (UNITED STATES) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARHANA HUQ; JOSETTE MOLLOY; CREATING ECONOMIC OPPORTUNITIES FOR WOMEN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED STATES) INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendants. | Case No. C08-02614 JCS <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF CASE SCHEDULING CONFERENCE AND RELATED OBLIGATIONS** |

1   The Court having considered Defendants' Administrative Motion For Continuance Of Case
2   Scheduling Conference And Related Obligations Until Defendant Sanyo Electric Has Been Served
3   and good cause appearing ORDERS THAT:  Defendants' administrative motion for continuance
4   of the Case Scheduling Conference and related obligations is **GRANTED**.
5   The Case Scheduling Conference is continued to __November 14____, 2008 at 10:00
6   a.m. in Department 1 of this Court.  All existing deadlines under Fed. R. Civ. P. 26 are reset from
7   this new Case Scheduling Conference date.
8   Dated: August _4_, 2008



THE HONORABLE SAMUEL CONTI

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28