1  DONALD P. EICHHORN   (State Bar No. 139863)
   MARK L. COKEE    (State Bar No. 225818)
2  **WILSON, ELSER, MOSKOWITZ,**
      **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
4  Telephone: 415.433.0990
   Facsimile: 415.434.1370
5
   Attorneys for Defendant
6  SANYO ENERGY (U.S.A) CORPORATION

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | FARHANA HUQ; JOSETTE MOLLOY;              ) Case No. C08-02614 ~~JCS~~  SC
   | CREATING ECONOMIC OPPORTUNITIES FOR       )
12 | WOMEN, INC.                               ) **SUBSTITUTION OF ATTORNEY FOR**
   |                                           ) **DEFENDANT INTERNATIONAL**
13 |                         Plaintiffs,       ) **BUSINESS MACHINES**
   |                                           ) **CORPORATION**
14 |    vs.                                    )
   |                                           )
15 | LENOVO (UNITED STATES) INC.;              )
   | INTERNATIONAL BUSINESS MACHINES           )
16 | CORPORATION; SANYO ELECTRIC CO., LTD.;    )
   | SANYO ELECTRONIC DEVICE (U.S.A.)          )
17 | CORPORATION; SANYO ENERGY (U.S.A.)        )
   | CORPORATION                               )
18 |                                           )
   |                         Defendants.       )
19

20     **TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES**

21 **HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

22
       **PLEASE TAKE NOTICE** that Defendant INTERNATIONAL BUSINESS MACHINES
23
   CORPORATION hereby substitutes counsel as follows:
24
25 //

26 //

27 //

28
   ────────────────────────────────────────────────
                SUBSTITUTION OF ATTORNEY FOR DEFENDANT IBM CORP.
   415216.1

1. Former legal representative:

   > Sharon Collier, Esq. (SBN 203450)
   > ARCHER NORRIS
   > 2033 North Main Street, Suite 800
   > PO Box 8035
   > Walnut Creek, CA 94596-3728
   > Telephone:   925.930.6600
   > Facsimile:   925.930.6620

2. **New legal representative**:

   > Donald P. Eichhorn, Esq. (SBN 139863)
   > Mark L. Cokee, Esq. (SBN 225818)
   > Wilson, Elser, Moskowitz, Edelman & Dicker
   > 525 Market Street, 17th Floor
   > San Francisco, CA 94105-2725
   > Tel: (415) 433-0990
   > Fax: (415) 434-1370

3. The party making this substitution is INTERNATIONAL BUSINESS MACHINE, CORPORATION.

4. I consent to this substitution.

Dated: _William L Giovanoni_ _[signature]_
       (Print Name)                (Signature of party)
                                   Authorized to sign on behalf of
                                   INTERNATIONAL BUSINESS
                                   MACHINES CORPORATION

5. I consent to this substitution.

Dated: _Sharon C. Collier_ _[signature]_
       (Print Name)        Sharon C. Collier, Esq.
                           ARCHER NORRIS
                           Former Attorneys for
                              INTERNATIONAL BUSINESS
                              MACHINES CORPORATION

---

2

SUBSTITUTION OF ATTORNEY FOR DEFENDANT IBM, CORP.

415216.1

6.   I am duly admitted to practice in this District and accept this substitution.

Dated: Feb. 5, 2009       MARK L. COKEE        /s/ Mark L. Co[kee]
                          (Print Name)         Donald P. Eichhorn, Esq.
                                               Mark L. Cokee, Esq.
                                               WILSON, ELSER, MOSKOWITZ,
                                                 EDELMAN & DICKER LLP
                                               Attorneys for
                                                 INTERNATIONAL BUSINESS
                                                 MACHINES CORPORATION

**Substitution of Attorney is hereby approved and so ordered.**

Date:   2/10/09

UNITED [STATES DISTRICT JUD]GE

IT IS SO ORDERED
/s/ Samuel Conti
Judge Samuel Conti

3
SUBSTITUTION OF ATTORNEY FOR DEFENDANT IBM, CORP.
415216.1