1  DONALD P. EICHHORN  (State Bar No. 139863)
   MARK L. COKEE    (State Bar No. 225818)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
4  Telephone: 415.433.0990
   Facsimile: 415.434.1370
5
   Attorneys for Defendant
6  SANYO ENERGY (U.S.A) CORPORATION

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | FARHANA HUQ; JOSETTE MOLLOY;              ) Case No. C08-02614 JCS  SC
   | CREATING ECONOMIC OPPORTUNITIES FOR       )
12 | WOMEN, INC.                                ) **SUBSTITUTION OF ATTORNEY FOR**
                                                ) **DEFENDANT LENOVO (UNITED**
13 |                     Plaintiffs,            ) **STATES) INC.**
                                                )
14 |      vs.                                   )
                                                )
15 | LENOVO (UNITED STATES) INC.;               )
   | INTERNATIONAL BUSINESS MACHINES            )
16 | CORPORATION; SANYO ELECTRIC CO., LTD.;     )
   | SANYO ELECTRONIC DEVICE (U.S.A.)           )
17 | CORPORATION; SANYO ENERGY (U.S.A.)         )
   | CORPORATION                                )
18 |                                            )
                                                )
19 |                     Defendants.            )

20     **TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES**

21 **HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

22     **PLEASE TAKE NOTICE** that Defendant LENOVO (UNITED STATES) INC. hereby

23 substitutes counsel as follows:

24

25 //

26 //

27 //

28

W02-WEST:5BB\401330336.1                -1-

1. Former legal representative:

   Joseph F. Coyne, Jr., Esq. (SBN 93707)
   Brian R. Blackman, Esq. (SBN 196996)
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
   Telephone:    415-434-9100
   Facsimile:    415-434-3947

2. **New legal representative:**

   Donald P. Eichhorn, Esq. (SBN 139863)
   Mark L. Cokee, Esq. (SBN 225818)
   Wilson, Elser, Moskowitz, Edelman & Dicker
   525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
   Tel: (415) 433-0990
   Fax: (415) 434-1370

3. The party making this substitution is LENOVO (UNITED STATES) INC.

4. I consent to this substitution.

Dated:                Kevin C Hughes            _Kevin H_____
                      Assistant General Counsel  (Signature of party)
                                                 Authorized to sign on behalf of
                                                 LENOVO (UNITED STATES) INC.

5. I consent to this substitution.

Dated:                BRIAN BLACKMAN            _____
                      (Print Name)              Joseph F. Coyne, Jr., Esq.
                                                Brian R. Blackman, Esq.
                                                SHEPPARD, MULLIN, RICHTER &
                                                   HAMPTON LLP
                                                Former Attorneys for
                                                   LENOVO (UNITED STATES) INC.

6. I am duly admitted to practice in this District and accept this substitution.

Dated: Feb. 12, 2009    MARK L. COKEE      /s/ Mark L. C[okee]
                        (Print Name)
                                           Donald P. Eichhorn, Esq.
                                           Mark L. Cokee, Esq.
                                           WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER LLP
                                           Attorneys for
                                             LENOVO (UNITED STATES) INC.

**Substitution of Attorney is hereby approved and so ordered.**

Date:   2/17/09                            _____
                                           UNITED STATES DISTRICT JUDGE
                                           IT IS SO ORDERED
                                           Judge Samuel Conti

W02-WEST:5BB:401330336.1                -3-