```
 1  DONALD P. EICHHORN    (State Bar No. 139863)
    MARK L. COKEE    (State Bar No. 225818)
 2  **WILSON, ELSER, MOSKOWITZ,**
       **EDELMAN & DICKER LLP**
 3  525 Market Street, 17th Floor,
    San Francisco, CA 94105-2725
 4  Telephone: 415.433.0990
    Facsimile: 415.434.1370
 5
    Attorneys for Defendant
 6  SANYO ENERGY (U.S.A.) CORPORATION
    SANYO ELECTRIC COMPANY, LTD.
 7  INTERNATIONAL BUSINESS MACHINES CORP.
    LENOVO (UNITED STATES) INC.
 8
 9                      UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11
```

| | |
|---|---|
| 12  FARHANA HUQ; JOSETTE MOLLOY; CREATING ECONOMIC OPPORTUNITIES FOR WOMEN, INC.,  | Case No. C08-02614 SC |
| 13 | STIPULATION TO CONTINUE TRIAL SETTING CONFERENCE TO APRIL 17, 2009 AT 10:00 A.M. |
| 14                   Plaintiffs, | |
| 15     vs. | |
| 16  LENOVO (UNITED STATES) INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION; SANYO ELECTRIC CO., LTD.; SANYO ENERGY (U.S.A.) CORPORATION | |
| 17 | |
| 18 | |
| 19                   Defendant. | |

```
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28
    ─────────────────────────────────────────────
              STIPULATION TO CONTINUE TRIAL SETTING CONFERENCE
    415175.1
```

**STIPULATION TO CONTINUE TRIAL SETTING CONFERENCE**

WHEREAS the Plaintiffs and Defendants SANYO ENERGY (U.S.A.) CORPORATION and SANYO ELECTRIC COMPANY, LTD. (hereinafter collectively referred to as "Sanyo") previously agreed on a mediation date of January 21, 2009.

WHEREAS on November 14, 2008, a Status Conference was held by the Honorable Samuel Conti and the January 21, 2009 mediation date was presented to the Court.

WHEREAS the Court set a Trial Setting Conference on February 20, 2009.

WHEREAS the Plaintiffs and the Sanyo Defendants were unable to obtain complete sets of Plaintiffs medical records and were unable to schedule a timely IME before the January 21, 2009 mediation.

WHEREAS the Plaintiffs and the Sanyo Defendants have agreed to postpone the mediation date to March 18, 2009 to complete all pre-mediation discovery of Plaintiffs' medical condition.

WHEREAS the Court has informed the Sanyo Defendants that it can accommodate a Trial Setting Conference on April 17, 2009 at 10:00 A.M.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants that the Trial Setting Conference is hereby moved to April 17, 2009 at 10:00 A.M. in Court Room 1 of the U.S. District Court, Northern District of California, 450 Golden Gate Ave., San Francisco, CA 94102.

//
//
//
//
//
//

2
STIPULATION TO CONTINUE TRIAL SETTING CONFERENCE
415175.1

1  IT IS SO STIPULATED.

2
3  Dated: 2/13/9                          PAOLI & GEERHART LLP

4                                    By: _____
5                                         CHARLES GEERHART
                                          Attorneys for Plaintiffs
6                                         FARHANA HUQ
                                          JOSETTE MOLLOY

7
8  Dated: February 17, 2009               WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP
9
10                                   By: _____
                                          DONALD P. EICHHORN
11                                        MARK L. COKEE
                                          Attorneys for Defendants
12                                        SANYO ENERGY (U.S.A.)
                                           CORPORATION; SANYO
13                                         ELECTRIC CO., LTD.;
                                           INTERNATIONAL BUSINESS
14                                         MACHINES CORP.; LENOVO
                                           (UNITED STATES) INC.
15

16    APPROVED AND SO ORDERED.

17
18  Date: 2/18/09
19                                   _____
                                     UNITED STATES DISTRICT JUDGE
20                                   [SEAL: IT IS SO ORDERED / Judge Samuel Conti / United States District Court, Northern District of California]
21
22
23
24
25
26
27
28
                                         3
                    STIPULATION TO CONTINUE TRIAL SETTING CONFERENCE
415175.1