CHARLES GEERHART (SBN 139769)
PAOLI & GEERHART, LLP
785 Market Street Suite 1150
San Francisco, CA 94103
(415) 498-2101

Attorneys for Plaintiffs
FARHANA HUQ; JOSETTE MOLLOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FARHANA HUQ; JOSETTE MOLLOY; CREATING ECONOMIC OPPORTUNITIES FOR WOMEN, INC.

    PLAINTIFFS,

VS.

SANYO NORTH AMERICA CORPORATION; LENOVO (UNITED STATES) INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION

    DEFENDANTS.

Case No. C08 02614 SC (ADR)

STIPULATION FOR DISMISSAL [FRCP 41]

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party is to bear his/her/its own costs and fees.

Date: January 26, 2010    PAOLI & GEERHART LLP

/s/ _____

Charles Geerhart
Attorneys for Plaintiffs
FARHANA HUQ; JOSETTE MOLLOY

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*

*Huq v. Sanyo et al*
USDC No. C 08 02614 SC (ADR)
STIPULATION FOR DISMISSAL    1

| | |
|---|---|
| Date: January 26, 2010 | WILSON ELSER ET AL |
| | |
| | /s/_____ |
| | Mark Cokee |
| | Attorneys for Defendants |
| | SANYO NORTH AMERICA CORPORATION; |
| | LENOVO (UNITED STATES) INC.; |
| | INTERNATIONAL BUSINESS MACHINES |
| | CORPORATION |